UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:25-cv-20550-PCH

DRIVEN, P.S.C., as the Liquidation Receiver for
NODUS INTERNATIONAL BANK, INC.,

    Plaintiff,

v.

TOMAS NIEMBRO CONCHA, et al.,

    Defendants.
_____/

## NOTICE OF HEARING

Please take notice that a hearing on Defendants' Motions to Dismiss the Amended Complaint **[ECF Nos. 134-39]**, will be held **via Zoom on Friday, November 14, 2025, at 9:00 AM**, before the Honorable Paul C. Huck in the Miami Division. A Zoom invitation will be provided prior to the hearing. The parties shall notify the Court of any scheduling conflicts immediately.

**DONE AND ORDERED** in Miami, Florida, on November 10, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record