UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20550-PCH

DRIVEN, P.S.C., as the Liquidation Receiver
for NODUS INTERNATIONAL BANK, INC.,

    Plaintiff,

v.

TOMAS NIEMBRO CONCHA; JUAN
FRANCISCO RAMIREZ; NODUS FINANCE,
LLC; OCEANA KEY BISCAYNE
CORPORATION; and JOSE G. SUAREZ,

    Defendants.
_____/

## NOTICE OF HEARING

Please take notice that a hearing will be held **via Zoom on Friday, January 16, 2026, at 11:30 a.m.**, before the Honorable Paul C. Huck in the Miami Division, to discuss Defendants' reported affirmative defenses. The parties will receive a Zoom invitation prior to the hearing.

DONE AND ORDERED in Miami, Florida, on January 12, 2026.

                                                PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record