**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

CASE NO.: 1:25-cv-20550-PCH

DRIVEN, P.S.C., as the Liquidation Receiver for
NODUS INTERNATIONAL BANK, INC.,

Plaintiff,

v.

TOMAS NIEMBRO CONCHA; *et al.*,

Defendants.

_______________________________________/

**PLAINTIFF DRIVEN, P.S.C.'S INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff, Driven, P.S.C., as the Liquidation Receiver for Nodus International Bank, Inc., provides its Initial Disclosures as follows:

## I. Witnesses Likely to Have Discoverable Information:

The following individuals are believed to have discoverable information that Plaintiff may use to support its claims or that may bear on Defendants' defenses. The subject matter of their knowledge is summarized below.

1. **Corporate Representative of Driven, P.S.C.**
   c/o Diaz Reus & Targ, LLP
   100 Southeast Second Street
   Suite 3400
   Miami, Florida 33131
   Telephone: (305) 375-9220

   The corporate representative of Driven, P.S.C. has knowledge concerning the allegations in the Second Amended Complaint.

2. **Yulia Gomez-Nieto Oppenheimer**
   c/o Diaz Reus & Targ, LLP
   100 Southeast Second Street
   Suite 3400
   Miami, Florida 33131
   Telephone: (305) 375-9220

   Ms. Oppenheimer has knowledge concerning the allegations in the Second Amended Complaint.

3. **Tomas Niembro Concha**
   c/o Rivero Mestre LLP
   2525 Ponce de Leon Boulevard
   Suite 1000
   Coral Gables, Florida 33134
   Telephone: (305) 445-2500

   Mr. Niembro is believed to have knowledge concerning the allegations in the Second Amended Complaint.

4. **Juan Francisco Ramirez**
   c/o Markowitz Ringel Trusty & Hartog, P.A.
   9130 S Dadeland Blvd, Suite 1800
   Miami, Florida 33156
   Telephone: (305) 670-5000

   Mr. Ramirez is believed to have knowledge concerning the allegations in the Second Amended Complaint.

5. **Jose G. Suarez**
   c/o Homer Bonner Jacobs Ortiz
   1441 Brickell Avenue
   Miami, Florida 33131
   Telephone: (305) 350-5140

   Mr. Suarez is believed to have knowledge concerning the allegations in the Second Amended Complaint.

6. **Corporate Representative of Nodus Finance, LLC**
   c/o Rivero Mestre LLP
   2525 Ponce de Leon Boulevard Suite 1000
   Coral Gables, Florida 33134
   Telephone: (305) 445-2500

   The corporate representative of Nodus Finance is believed to have knowledge concerning the allegations in the Second Amended Complaint.

7. **Corporate Representative of Oceana Key Biscayne Corporation**
c/o SKRLD, Inc.
201 Alahambra Circle
11th Floor
Coral Gables, Florida 33134

The corporate representative of Oceana Key Biscayne Corporation is believed to have knowledge concerning the Our Microlending Scheme alleged in the Second Amended Complaint.

8. **Joaquin Rodriguez**
Address Unknown

Mr. Rodriguez is believed to have knowledge of Nodus Finance's operations and relationship with Nodus Bank.

9. **Tomas Niembro, Jr.**
Address Unknown

Mr. Niembro, Jr. is believed to have knowledge of Nodus Finance's operations and relationship with Nodus Bank.

10. **Ayskell Fernandez**
Address Unknown

Ms. Fernandez is believed to have knowledge of Nodus Finance's operations, lending and compliance practices, and relationship with Nodus Bank.

11. **Blas Antonio Santander**
Address Unknown

Mr. Santander is believed to have knowledge of Nodus Finance's operations, lending and compliance practices, and relationship with Nodus Bank.

12. **Rosa Tinedo**
Address Unknown

Ms. Tinedo is believed to have knowledge of Nodus Finance's operations, lending and compliance practices, and relationship with Nodus Bank.

13. **Jorge L. Figueira**
Address Unknown

Mr. Figueira is believed to have knowledge of Nodus Finance's operations, lending and compliance practices, and relationship with Nodus Bank.

14. **Alejandro Cespedes**
Address Unknown

Mr. Cespedes is believed to have knowledge of the operations of Nodus Bank.

15. **Dimas Palmer**
Address Unknown

Mr. Palmer is believed to have knowledge of matters related to financial oversight of Nodus Bank.

16. **Emilio Santandreu**
3191 Coral Way
Suite 109
Miami, Florida 33145

Mr. Santandreu is believed to have knowledge of the Our Microlending Scheme.

17. **Corporate Representative of Our Microlending, LLC**
c/o Emilio Santandreu
3191 Coral Way
Suite 109
Miami, Florida 33145

The corporate representative of Our Microlending is believed to have knowledge of the Our Microlending Scheme.

18. **Omar Alireza**
Address Unknown

Mr. Alireza is believed to have knowledge of the Our Microlending Scheme.

19. **Alexandra Martinez**
Address Unknown

Ms. Martinez is believed to have knowledge concerning regulatory compliance matters within Nodus Bank.

20. **Juan Medrano**
Address Unknown

Mr. Medrano is believed to have knowledge concerning regulatory compliance matters within Nodus Bank.

**21. Ruben Lugo**
Address Unknown

Mr. Lugo is believed to have knowledge concerning regulatory compliance matters within Nodus Bank.

**22. Francisco Campoamor**
Address Unknown

Mr. Campoamor is believed to have knowledge concerning regulatory compliance matters within Nodus Bank.

**23. Jesus Velez**
Address Unknown

Mr. Velez is believed to have knowledge of the books and records of Nodus Bank in relation to the transactions alleged in the Second Amended Complaint.

**24. Kenneth Canales**
Address Unknown

Mr. Canales is believed to have knowledge of lending policies of Nodus Bank.

**25. Corporate Representative of Inversiones y Construcciones Antobella, C.A.**
Address Unknown

The corporate representative is believed to have knowledge regarding loans from Nodus Bank made in the name of Inversiones y Construcciones Antobella, C.A.

**26. Juan Jose Piedrahita**
Address Unknown

Mr. Piedrahita is believed to have knowledge regarding loans from Nodus Bank made to Mr. Piedrahita and Lub International Corporation.

**27. Corporate Representative of Lub International Corporation**
Address Unknown

The corporate representative of Lub International Corporation is believed to have knowledge regarding loans from Nodus Bank made to it.

**28. Paolo Longo**
Address Unknown

Mr. Longo is believed to have knowledge regarding loans from Nodus Bank made to Lub International Corp.

**29. Corporate Representative of Whisky Content S.C.**
C. Palenque #395, Oficina 2,
Vértiz Narvarte, Del. Benito Juárez,
C.P. 03600, México, Ciudad de México

The corporate representative of Whisky Content S.C. is believed to have knowledge regarding loans from Nodus Bank made in the name of Whisky Content.

**30. Juan Bernardo Gonzalez Perez**
1060 Brickell Ave
Apt. 3711
Miami, Florida 33131

Mr. Perez is believed to have knowledge regarding loans from Nodus Bank made in the name of Whisky Content.

**31. Arturo Nicolas Pereyra Marquez**
Av. Antonio de Mendoza # 323
Col. Lomas de Chapultepec IV Secc, Del. Miguel Hidalgo
Ciudad de México, México C.P. 11000

Mr. Marquez is believed to have knowledge regarding loans from Nodus Bank made in the name of Whisky Content.

**32. Financial Technology & Marketing Services, Ltd.**
Address Unknown

The corporate representative of Financial Technology & Marketing Services, Ltd. is believed to have knowledge regarding the administration of Nodus Bank.

**33. Alexandra Burgos Calderin**
c/o Diaz Reus & Targ, LLP
100 Southeast Second Street
Suite 3400
Miami, Florida 33131
Telephone: (305) 375-9220

Ms. Calderin is believed to have knowledge of the operations of Nodus Bank.

## II. A Description—by Category and Location—of the Documents, Electronically Stored Information, and Tangible Things in Plaintiff's Possession, Custody or Control That It May Use to Support Its Claims:

Plaintiff may use the following categories of documents and ESI to support its claims:

1. The corporate and financial records of Nodus Bank.

2. Investment Certificates, promissory notes, pledge agreements, collateral documentation, and wire records relating to the Our Microlending Scheme.

3. The 47 Promissory Notes, including funding of each note, fees earned by Nodus Finance in originating, issuing, and servicing each note, any collateral pledged as security for each note, payments made toward satisfaction of each note, wire transfers in connection with each note, and any full or partial satisfaction of any debt owed by Nodus Finance to Nodus Bank in connection with each note.

4. The Mortgage Loan Purchase and Servicing Agreement and related financial and accounting documents.

5. The 35 loans referenced in the Mortgage Loan Purchase and Servicing Agreement, including funding of each loan, fees earned by Nodus Finance in originating, issuing, and servicing each loan, any collateral pledged as security for each loan, payments made toward satisfaction of each loan, wire transfers in connection with each loan.

6. The corporate and financial records of Nodus Finance.

7. Emails, WhatsApp communications, and other ESI among Mr. Niembro, Mr. Ramirez, Mr. Suarez, Mr. Santandreu, representatives of Our Microlending**,** other employees of Nodus Bank and Nodus Finance, and third parties (e.g., Financial Technology & Marketing Services, Ltd.).

8. Loans from Nodus Bank made in the name of Inversiones y Construcciones Antobella, C.A., Juan Jose Piedrahita, Lub International Corporation, Whisky Content S.C., including authorization for each loan, and related wire transfers.

9. OCIF examination reports, Receivership Order, and liquidation documents.

10. Correspondence regarding the factual allegations underlying the complaint.

## III. Computation of Damages Claimed by Plaintiff:

Plaintiff's damages computation is ongoing and subject to expert analysis. Plaintiff will supplement with expert disclosures pursuant to Rule 26(a)(2).

## IV. Insurance Agreements:

Plaintiff is not presently aware of any insurance agreement under which an insurance company may be liable to satisfy part or all of a judgment entered in this action. Plaintiff reserves the right to supplement if additional information becomes available.

Dated: March 4, 2026

Respectfully submitted,

DIAZ, REUS & TARG, LLP
100 Southeast Second Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050

By: */s/ Zhen Pan*
Evan Stroman (Florida Bar No. 118929)
Email Address: estroman@diazreus.com
Marta Colomar Garcia (Florida Bar No. 40869)
Email Address: mcolomar@diazreus.com
Brant C. Hadaway (Florida Bar No. 494690)
Email Address: bhadaway@diazreus.com
Zhen Pan (Florida Bar No. 123637)
Email Address: zpan@diazreus.com

*Counsel for Plaintiff Driven, P.S.C. as the Liquidation Receiver for Nodus International Bank, Inc.*